**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL JOHN MURRAY,

                Plaintiff,

   -against-                                  24 **CIVIL** 8015 (GHW)

                                                 **<u>JUDGMENT</u>**

THE STATE OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 2, 2025, this action is DISMISSED without leave to amend. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered for the State of New York, the Graduate Center of the City University of New York, and the New York City Housing Authority; accordingly, the case is closed.

**Dated:** New York, New York
            February 3, 2025

                                                     **TAMMI M. HELLWIG**

                                                          **Clerk of Court**

                       **BY:**    *K. Mango*

                                                         **Deputy Clerk**